FILED
CLERK, U.S. DISTRICT COURT
NOV 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ling Wang DEFENDANT(S). | CASE NUMBER 08-MJ-02842 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendants__, IT IS ORDERED that a detention hearing is set for __November 25, 2008__, at __10:30__ ☒ a.m. / ☐ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __11/19/08__                    _____
                                      U.S. District Judge/Magistrate Judge